IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                                                                   PLAINTIFF

v.                                    Case No.   3:11-CV-03089

CMNRC, Inc.  d/b/a CARE MANOR NURSING
AND REHAB CENTER                                                                                      DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

On July 26, 2013, Plaintiff provided the Court with a Consent Decree, signed by counsel to all parties, which constitutes a final resolution and settlement of Plaintiff's claims in this matter.  The Consent Decree has been approved by the Court and will enter contemporaneously.

Accordingly, it is ORDERED that the Complaint herein is DISMISSED WITH PREJUDICE, subject to the terms of the Consent Decree.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that a provision of the Consent Decree has not been completed and that a party wishes this Court to enforce the Consent Decree specifically.

IT IS SO ORDERED this 26th day of July, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE